# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LARRY STROZIER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EXXONMOBIL OIL CORP.,<br>EXXONMOBIL GLOBAL<br>SERVICES CO., JOHN DOE, and<br>JOHN DOE COMPANY,<br><br>　　　　Defendants. | CIVIL ACTION<br>FILE NO.: 1:23-cv-04825-ELR |

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that I have this date served **PLAINTIFF'S INITIAL DISCLOSURES** electronically upon the following counsel of record:

Al Teel
Maddie Hughes
BURR & FOREMAN LLP
1075 Peachtree Street, NE, Suite 300
Atlanta, Georgia 30309
ateel@burr.com
mhughes@burr.com
*Attorneys for Defendants*

This 19th day of January 2024.

　　　　　　　　　　　**TURNBULL, HOLCOMB & LEMOINE, P.C.**

　　　　　　　　　　　*/s/ Max E. Rubinson*
　　　　　　　　　　　Ashley G. Mitchell
　　　　　　　　　　　Georgia Bar No. 475898

1

        Max E. Rubinson
        Georgia Bar No. 749711
        *Attorneys for Plaintiff*

945 East Paces Ferry Road, NE
Suite 2275
Atlanta, Georgia 30326
Telephone: (404) 793-2566
Facsimile: (205) 848-6300